UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81563-CIV-CANNON/Reinhart

**ABBEY VILLAGE CONDOMINIUM
ASSOCIATION, INC.**,

    Plaintiff,
v.

**MT. HAWLEY INSURANCE COMPANY** and
**GREENWICH INSURANCE COMPANY**,

    Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon Defendant Mt. Hawley Insurance Company's Motion for Judgment on the Pleadings (the "Motion") [ECF No. 26], filed on February 24, 2022. On February 28, 2022, the Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 27]. On March 4, 2022, Defendant Greenwich Insurance Company filed a notice joining the Motion [ECF No. 28]. On August 16, 2022, Judge Reinhart issued a Report recommending that the Motion be granted in part and denied in part [ECF No. 57]. Objections to the Report were due on August 30, 2022 [ECF No. 57 p. 18]. On August 22, 2022, Defendant, Greenwich Insurance Company filed a Notice of Non-Objection to the Report [ECF No. 58]. Defendant, Mt. Hawley Insurance Company also filed a Notice of Non-Objection on August 22, 2022 [ECF No. 59]. Plaintiff has not filed an objection to the Report, and the time to do so has expired [ECF No. 57 p. 18].

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

CASE NO. 21-81563-CIV-CANNON/Reinhart

1. The Report and Recommendation [ECF No. 57] is **ACCEPTED**.

2. Defendant's Motion for Judgment on the Pleadings is [ECF No. 29] is **GRANTED IN PART AND DENIED IN PART** as recommended.

    a. Counts I, II, III, V, VI, and VII are **DISMISSED**.

    b. The parties shall proceed as to Counts IV and VIII of the Complaint [ECF No. 1-2 pp. 6–18].

3. The stay of deadlines in this case [ECF No. 49] is **LIFTED**.

4. On or before **September 16, 2022**, the parties are directed to jointly confer and file a joint scheduling report, taking into account the Court's prior scheduling Order [ECF No. 19] and the overall procedural history of the case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of September 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record